# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

UNITED STATES OF AMERICA

V.

GERALD COLEY

CASE NUMBER: 3:01CR220(JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   GERALD COLEY

| | |
|---|---|
| 4/30/08 | _____ |
| Date | Signature |
| CT 03116 | ROBERT G. GOLGER, ESQ. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 255-9928 | ONE POST ROAD |
| Telephone Number | Address |
| (203) 255-6618 | FAIRFIELD, CT  06824 |
| Fax Number | |
| rgolger@qrlaw.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alina Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard
Brigeport, CT  06604

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001