UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| V. : | CASE NO.: 3:01CR220(JCH) |
| GERALD COLEY : | APRIL 30, 2008 |

## MOTION FOR APPOINTMENT OF CJA COUNSEL

The Defendant, GERALD COLEY, through the undersigned counsel Robert G. Golger, hereby respectfully requests that the undersigned be appointed CJA counsel for representation of the Defendant for his resentencing under the new crack cocaine sentencing guidelines.

WHEREFORE, the Defendant respectfully requests appointment as CJA counsel.

Respectfully submitted,
GERALD COLEY

BY: _____
ROBERT G. GOLGER
Juris No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928

## CERTIFICATION

On the 30th day of April 2008, a copy of this pleading was sent via U.S. mail, postage prepaid, to all counsel and pro se parties as follows:

Alina Reynolds, Esq.
Assistant United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
ROBERT G. GOLGER

3