6-19-08

Dear Court,

I hope by the time you receive this brief note, you are in the best of health & spirits.

Due to the new crack law, I would like my case openend and reviewed, and I would like the same attorney (Robert Goldger) to handle this process for me.

CASE # 01-CR-220-All

Sincerely,

Gerald Coley